FILED
JUL 28 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY [signature] DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>RICHARD LOUIS BEACH,<br>Defendant. | Criminal Case No. 08CR2451-DMS<br>I N F O R M A T I O N<br>Title 21, U.S.C., Secs. 952 and 960 - Importation of Marijuana (Felony) |

The United States Attorney charges:

On or about June 29, 2008, within the Southern District of California, defendant RICHARD LOUIS BEACH, did knowingly and intentionally import 50 kilograms or more, to wit: approximately 85.64 kilograms (188.41 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: 7/28/08.

KAREN P. HEWITT
United States Attorney

[signature]

CARLA J. BRESSLER
Assistant U.S. Attorney

CJB:kmm:Imperail
7/28/08